**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRAHIM MOUROUR,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-5308** |
| **J.L. JAMISON, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **14th** day of **September 2026**, after review of the docket, upon consideration of the parties' Joint Status Letter dated August 14, 2026 (ECF No. 8), and having received nothing further from either party, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.
2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**